IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES WAYNE GETZ, #191946 | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 2:03-cv-1064-MEF |
| | ) | |
| WILLIE THOMAS, *et al.*, | ) | (WO) |
| | ) | |
| Respondents. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #20) filed on May 19, 2006 are OVERRULED;

(2) The Recommendation of the United States Magistrate Judge entered on March 8, 2006 (Doc. #15) is ADOPTED;

(3) The petition for habeas corpus relief filed by petitioner is DENIED as the petitioner failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(1).

(4) This case is DISMISSED with prejudice.

DONE this 23rd day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE